JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KOMATSU AMERICA CORPORATION<br><br>Plaintiff<br><br>vs.<br><br>ZHILL, INC.; SHJ TRUCKING, INC.; GOLDEN STATE DRAYAGE COMPANY; AND DOES 1 THROUGH 20, INCLUSIVE<br><br>Defendants | Case No.: 2:26-cv-02056-CV (SSCx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On September 28, 2026, the Parties filed a Stipulation of Dismissal ("Stipulation"). Doc. # 26. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the above entitled matter, in its entirety, is hereby dismissed, with prejudice. Each party to bear its own costs and attorney's fees. The clerk is directed to close the case.

Dated: 10/13/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE